UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>*Defendant.* | Civil Action No. 1:20-cv-2172-DLF |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order entered on September 30, 2020, Plaintiff Public Employees for Environmental Responsibility ("PEER")and Defendant United States Environmental Protection Agency ("EPA")") conferred and hereby respectfully provide the following report regarding the status of Defendant's efforts to respond to Plaintiff's request for documents under the Freedom of Information Act ("FOIA") in the above-captioned case.

On August 9, 2020, Plaintiff filed this case concerning its FOIA request, which sought "…public records regarding per-and polyfluroalkyl substances ("PFAS") and…an interactive map created to provide the public with information on potential PFAS sources and occurrence." *See* Compl. at 1, ECF No. 1. Defendant filed its Answer on September 30, 2020.

EPA has identified 826 records potentially responsive to Plaintiff's request. EPA is in the midst its review of these records and endeavors to make three "rolling productions": The first production will be made to Plaintiff no later than Friday, October 30, 2020; the second production will be made to Plaintiff no later than thirty days thereafter, on Monday, November 30, 2020, and the third production will be completed by Wednesday, December 30, 2020,

consisting of any remaining documents and, if possible, including documents undergoing consultation with other agencies.

The parties respectfully propose to submit another status report on January 7, 2021, one week after Defendant's last production, to provide the Court on the progress of this case. A Proposed Order is attached.

The Joint Status Report is filed with Plaintiff's approval

Dated: October 14, 2020                                         Respectfully submitted,

                                                                MICHAEL R. SHERWIN
                                                                Acting U.S. Attorney for the District
                                                                of Columbia

                                                                DANIEL F. VAN HORN
                                                                D.C. Bar #924092
                                                                Chief, Civil Division,

                                                                ___/s/_John C. Truong
                                                                JOHN C. TRUONG
                                                                DC Bar #465901
                                                                Assistant United States Attorney
                                                                555 Fourth St., N.W.
                                                                Washington, D.C. 20530
                                                                Phone: (202) 252-2524
                                                                Fax: (202) 252-2599
                                                                Email: john.truong@usdoj.gov

                                                                *Counsel for Defendant*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>*Defendant.* | Civil Action No. 1:20-cv-2172 |

### [PROPOSED] ORDER

UPON CONSIDERATION of the Joint Status Report, it is hereby:

ORDERED that the parties shall submit another Joint Status Report on or before January 7, 2021.

_____                         _____
Date                                                              Dabney L. Friedrich
                                                                         United States District Judge